Sophia Goren Gold (SBN 307971)
sgold@kalielgold.com
**KALIELGOLD PLLC**
950 Gilman Avenue, Suite 200
Berkeley, California 94710
Tel: (202) 350-4783

Jeffrey D. Kaliel (SBN 238293)
jkaliel@kalielpllc.com
**KALIELGOLD PLLC**
1100 15th Street., NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE FOSTER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SMARTY, LLC,<br><br>Defendant. | Case No.: 24-CV-0113-BAS-BGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Catherine Foster, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All Claims of Plaintiff, Catherine Foster, individually, are hereby dismissed with prejudice.

2. All claims for any unnamed member of the alleged class are hereby dismissed without prejudice.

DATED: March 26, 2024            Respectfully submitted,

**KALIELGOLD PLLC**

By: */s/ Sophia Goren Gold*
Sophia Goren Gold
Jeffrey D. Kaliel

*Attorneys for Plaintiff*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on this 26th day of March, 2024, I caused to be electronically |
| 3 | filed the foregoing document with the Clerk of the Court using the CM/ECF system |
| 4 | and a copy has been served on all parties who are registered with the CM/ECF service. |
| 5 | |
| 6 | /s/ Sophia G. Gold |
| 7 | Sophia G. Gold |